**No. 47236.**—Protests 760937–G, etc., of W. R. Grace & Co. et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47237.**—Protests 868840–G, etc., of Alexander's Ladies Wear, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.